# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0527

VERSUS

JASON ANTHONY ORGERON                                 **AUGUST 12, 2022**

---

In Re:    Jason Anthony Orgeron, applying for supervisory writs,
          17th Judicial District Court, Parish of Lafourche, No.
          571,157.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.** The record of the Lafourche Parish Clerk of
Court's Office shows that the district court is proceeding
toward disposition of relator's application for postconviction
relief.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT